Case 3:22-cv-00154   Document 21   Filed on 10/24/23 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
October 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VICKI CAUM, | § | |
| | § | |
| Plaintiff / Counter-Defendant, | § | |
| | § | |
| VS. | § | 3:22-cv-154 |
| | § | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, | § | |
| | § | |
| Defendant / Counter-Plaintiff / Third-Party Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| GAREY SALMERON, | § | |
| | § | |
| Third-Party Defendant. | § | |

# ORDER

Came on to be considered the *Motion for Final Summary Judgment* ("Motion") filed by Defendant/Counter-Plaintiff Deutsche Bank Trust Company Americas, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass Through Certificates, Series 2004-SL4 ("Deutsche Bank" or "Defendant"). After reviewing the Motion and any responses or replies thereto, the Court is of the opinion that the Motion has merit and should be **GRANTED** in its entirety. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that an event of default has occurred on that certain *Texas Home Equity Note (Cash Out – Fixed Rate – First Lien)* (the "Note") executed by Plaintiff Vicki Caum f/k/a Vicki Salmeron and Third Party Defendant Garey Salmeron ("Borrowers") on or about or about October 14, 1999, originally payable to HomeComings Financial Network Inc. in the amount of $104,800.00. It is further,

**ORDERED, ADJUDGED AND DECREED** that that certain *Texas Home Equity Security Instrument (Cash Out – First Lien)* dated October 14, 1999, executed by Borrowers, and recorded in the real property records of Brazoria County, Texas as document number 99-047925 (hereafter "Security Instrument"), provides that Deutsche Bank as the current owner of the Note and mortgagee of the Deed of Trust, in the event of a default on the obligations on the Note, with a first lien security interest on that certain real property commonly known as 101 Ridge Road, Manvel, Texas 77578 (the "Property") and more particularly described as follows:

> LOT FORTY-ONE (41), IN BLOCK TWO (2), OF LEE RIDGE, SECTION ONE (1), A SUBDIVISION IN BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 15, PAGE 225 OF THE PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

It is further,

**ORDERED, ADJUDGED AND DECREED** that Deutsche Bank is the current holder and owner of the Note and beneficiary of the Security Instrument. It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Deed of Trust on the Property: the outstanding balance of the Note, which through April 28, 2023, is $285,615.67; prejudgment and post-judgment interest at the Note interest rate of 8.7500%; and costs of court. It is further,

**ORDERED, ADJUDGED AND DECREED** that Deutsche Bank or its successors or assigns, may proceed with foreclosure on the Property as provided in the Security Instrument and Section 51.002 of the Texas Property Code. It is further,

**ORDERED, ADJUDGED AND DECREED** that all foreclosure notices may be mailed to Borrowers at 101 Ridge Road, Manvel, Texas 77578. It is further,

**ORDERED, ADJUDGED AND DECREED** that Deustche Bank is entitled to its reasonable attorneys' fees to be proven up through subsequent motion practice and such fees shall be awarded solely as a further obligation owed on the Note and secured by the Security Instrument and not as a money judgment. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff takes nothing on her claims. It is further,

**ORDERED, ADJUDGED AND DECREED** that in conjunction with the Motion for Entry of Agreed Partial Judgment between Deutsche Bank and Third Party Defendant Garey Salmeron [ECF No. 15], this is a final judgment that disposes of all parties and all claims. All relief not specifically granted herein (other than Defendant's attorneys' fees) is denied. Costs are taxed against Plaintiff.

Signed on Galveston Island this 24th day of October, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE